**CAROL ANN MOSES #164193**
Attorney at Law
7636 N. Ingram Avenue, Suite 104
Fresno, CA 93711
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

Attorney for Defendant,
ABRAHAM LEE

**FILED**
MAR 11 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM LEE,<br><br>Defendant. | Case No.: 1:18-cr-00168-LJO SKO<br><br>**STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS FOR ABRAHAM LEE;<br>AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the Defendant Abraham Lee, his attorney of record Carol Moses and the attorney for the government Jeffrey Spivak, that the Pretrial Conditions of Release for Abraham Lee be modified as follows:

The condition that Mr. Lee reside with his sister is to be removed, and replaced with:

"You shall reside at a location approved by the Pretrial Services Officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer."

The Pretrial Services Officer Darryl Walker approves of this Modification of Pretrial Conditions.

Mr. Lee recently completely 180 days in the Westcare Facility and continues to remain

STIPULATION & PROPOSED ORDER FOR
MODIFICATION OF PRETRIAL RELEASE
CONDITIONS

committed to his sobriety. Mr. Lee will reside at a Sober Living Home (Life House Recovery Homes) in Stockton, California. Mr. Lee is employed full time.

A Plea Offer has been extended by the government. There is a Status Conference scheduled for March 18, 2019 and there is a trial date set for October 29, 2019. Mr. Lee has very minimal criminal history, all of which is very old. He has no history of failing to appear.

Mr. Lee respectfully requests this Court grant the Modification of Pretrial Conditions of Release as stated above.

Dated: March 11, 2019

/s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
ABRAHAM LEE

Dated: March 11, 2019

/s/Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: March 11, 2019

/s/Darryl Walker
DARRYL WALKER
United States Pretrial Services Officer

## ORDER

GOOD CAUSE APPEARING, the above request for Modification of Pretrial Release Conditions for Defendant ABRAHAM LEE in case number 1:18-cr-000168-LJO-SKO, such that Defendant Abraham Lee "shall reside at a location approved by the Pretrial Services Officer and not move or absent himself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer," is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

DATED: 3/11/19

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION & PROPOSED ORDER FOR
MODIFICATION OF PRETRIAL RELEASE
CONDITIONS