| | |
|---|---|
| 1 | |
| 2 | **CAROL ANN MOSES #164193**<br>Attorney at Law |
| 3 | 7636 N. Ingram Avenue, Suite 104<br>Fresno, CA 93711 |
| 4 | Telephone: (559) 449-9069<br>Facsimile: (559) 513-8530 |
| 5 | |
| 6 | Attorney for Defendant,<br>ABRAHAM LEE |

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ABRAHAM LEE,<br><br>　　　　　Defendant. | Case No.: 1:18-cr-00168-LJO SKO<br><br>**STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS FOR ABRAHAM LEE; AND ORDER THEREON** |

II IS HEREBY STIPULATED by and between the Defendant Abraham Lee, his attorney of record Carol Moses and the attorney for the government Jeffrey Spivak, that the Pretrial Conditions of Release for Abraham Lee be modified as follows:

The condition that Mr. Lee reside with his sister is to be removed, and replaced with:

"You shall reside at a location approved by the Pretrial Services Officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer."

The Pretrial Services Officer Darryl Walker approves of this Modification of Pretrial Conditions.

Mr. Lee recently completely 180 days in the Westcare Facility and continues to remain

committed to his sobriety. Mr. Lee will reside at a Sober Living Home (Life House Recovery Homes) in Stockton, California. Mr. Lee is employed full time.

A Plea Offer has been extended by the government. There is a Status Conference scheduled for March 18, 2019 and there is a trial date set for October 29, 2019. Mr. Lee has very minimal criminal history, all of which is very old. He has no history of failing to appear.

Mr. Lee respectfully requests this Court grant the Modification of Pretrial Conditions of Release as stated above.

Dated: March 11, 2019

/s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
ABRAHAM LEE

Dated: March 11, 2019

/s/Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: March 11, 2019

/s/Darryl Walker
DARRYL WALKER
United States Pretrial Services Officer

ORDER

GOOD CAUSE APPEARING, the Pretrial Release Conditions of Defendant, Abraham Lee, shall be MODIFIED as follows:

Defendant shall reside at a location approved by the Pretrial Services Officer and not move or absent himself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer.

IT IS SO ORDERED.

Dated: **March 12, 2019**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE