1

2
**CAROL ANN MOSES #164193**
Attorney at Law
3
7636 N. Ingram Avenue, Suite 104
Fresno, CA 93711
4
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

5

6
Attorney for Defendant,
ABRAHAM LEE
7

8
## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
9

10

11
UNITED STATES OF AMERICA,              Case No.: 1:18-cr-00168-LJO SKO

12
                    Plaintiff,         **STIPULATION TO VACATE STATUS**
                                       **CONFERENCE ON MARCH 18, 2019**
13
        v.                             **and ORDER THEREON**

14
ABRAHAM LEE,

15
                    Defendant.         Date: March 18, 2019
                                       Time: 1:00 PM
16                                     Judge: Hon. Sheila K. Oberto

17

18
        IT IS HEREBY STIPULATED by and between the Defendant Abraham Lee, his attorney of

19
record Carol Moses and the attorney for the government Jeffrey Spivak, that the Status Conference

20
currently scheduled for March 18, 2019 at 1:00 PM be vacated.

21
        All discovery in this matter has been exchanged and reviewed. A Plea Offer has been extended.

22
A jury trial is scheduled for October 29, 2019. In the interest of economizing the Court's time, the

23
Parties agree that a status conference is not necessary and request the Court vacate this matter.

24
        Mr. Lee recently completed 180 days in the Westcare Facility and continues to remain

25
committed to his sobriety. He is employed full time. Mr. Lee has a very minimal criminal history, all of

26
which is dated. He has no history of failing to appear.

27
///

28
///

STIPULATION & PROPOSED ORDER TO
VACATE STATUS CONFERENCE ON MARCH 18,, 2019
BY DEFENDANT ABRAHAM LEE

1    Mr. Lee respectfully requests this Court vacate the Status Conference currently set for March

2    18, 2019 as stated above.

3    Dated: March 12, 2019                                    /s/*Carol Ann Moses*
                                                              CAROL ANN MOSES
4                                                             Attorney for Defendant
                                                              ABRAHAM LEE
5

6    Dated: March 12, 2019                                    /s/Jeffrey A. Spivak
                                                              JEFFREY A. SPIVAK
7                                                             Assistant United States Attorney

8

9
                                                ORDER
10
              GOOD CAUSE APPEARING, the parties' request to vacate the Status Conference currently set
11
12   for March 18, 2019, is hereby GRANTED.

13

14   IT IS SO ORDERED.

15   Dated:   **March 12, 2019**                              /s/ *Sheila K. Oberto*

16                                                   UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28