McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00168-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY PRETRIAL ORDER |
| ABRAHAM LEE, | TRIAL DATE: Nov 12, 2019 |
| Defendant. | TIME: 1:30 p.m. |
| | COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Trial is currently set for November 12, 2019 at 1:30 pm.

2. On October 10, 2019, Defendant signed a plea agreement. (ECF #28). Defendant is set to plead guilty on November 4, 2019.

3. By Pretrial Order, the Court set certain dates and deadlines for trial. (ECF #27). At the time the Pretrial Order issued, trial was set for October 29, 2019 (two weeks prior to the current November 12, 2019 trial date).

4. By this stipulation, the parties now move to continue certain dates and deadlines. In defining "Original Date" in the below table, the parties added 14 days to the dates in the Pretrial Order to reflect the 14 day continuance of the trial date.

| **Item** | **Original Date** | **New Date** |
|---|---|---|
| Sharing of Draft Jury Instructions and Verdict | October 23, 2019 | November 5, 2019 |
| Conference Regarding Jury Instructions and Verdict | October 29, 2019 | November 7, 2019 |
| Jury Instructions<br>Verdict Form<br>Proposed Voir Dire<br>Witness Lists<br>Trial Brief | November 4, 2019 | November 8, 2019 |

IT IS SO STIPULATED.

Dated: October 17, 2019	M<small>C</small>GREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: October 17, 2019	/s/ CAROL MOSES
CAROL MOSES
Counsel for Defendant
ABRAHAM LEE

**ORDER**

IT IS SO ORDERED.

Dated: **October 18, 2019**	**/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

S<small>TIPULATION REGARDING PRETRIAL ORDER</small>
D<small>EADLINES</small>

2